Philip P. Weinberg and Herman N. Stutz, Copartners, Trading as Harry L. Michaels Associates, Appellees, v. Harewood Pottery Corporation, Appellant.

Gen. No. 45,881.

O'Keefe, O'Brien & Brooks, for appellant; James H. O'Brien, and Robert G. Hanson, of counsel; no briefs filed for appellees. Opinion by PRESIDING JUSTICE LEWE. Not to be published in full. Opinion filed March 18, 1953; released for publication April 6, 1953.

Chicago Macaroni Company, Appellant, v. John Grossi and William Grossi, Trading as Grossi Brothers, Appellees.

Gen. No. 45,799.

Edward I. Ellman, and Walter E. Moss, for appellant; Philip Conley, for appellees. Opinion by JUSTICE FEINBERG. Not to be published in full. Opinion filed March 18, 1953; released for publication April 6, 1953.

## Lash and Mages, Inc., Plaintiff-Appellee and Cross-Appellant, v. The Atchison, Topeka and Santa Fe Railroad Company, Defendant-Appellant and Cross-Appellee.

Gen. No. 45,940.

Floyd J. Stuppi, and Marshall E. LeSueur for appellant; Bernard W. Mages, for appellee. Opinion by JUSTICE KILEY. Not to be published in full. Opinion filed March 18, 1953; released for publication April 6, 1953.